# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 03-1493 CW 03-1267


**LYNETTE SPURS A/K/A LYNETTE SPURS HAMPTON, ET AL.**

**VERSUS**

**FARMERS INSURANCE EXCHANGE**


************

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF CONCORDIA, NO. 38602,
HONORABLE LEO BOOTHE, DISTRICT JUDGE

************

## JIMMIE C. PETERS
### JUDGE

************

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.


**AFFIRMED.**

**J. W. Seibert, III**
**Attorney at Law**
**307 Texas Street**
**Post Office Box 2038**
**Vidalia, LA 71373**
**(318) 336-9676**
**ATTORNEY FOR PLAINTIFFS/APPELLEES:**
    **Lynette Spurs a/k/a Lynette Spurs Hampton**
    **Delta Bank f/k/a Louisiana Central Bank**

**John G. McLure**
**Attorney at Law**
**Post Office Box 1525**
**Alexandria, LA 71309**
**(318) 445-5317**
**ATTORNEY FOR DEFENDANT/APPELLANT:**
    **Farmers Insurance Exchange**

PETERS, J.

For the reasons given in *Spurs v. Farmers Insurance Exchange*, 03-1267 (La.App. 3 Cir. _/_/_), ___ So.2d ___, we affirm the summary judgment granted in favor of Lynette Spurs and Delta Bank.  We assess costs of this appeal to Farmers Insurance Exchange.

**AFFIRMED.**